UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

HK CENTRAL BLOCK LIMITED          )
PARTNERSHIP,                      )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Case No. 2:23-cv-160
                                  )
LUBRIZOL CORPORATION;             )
LUBRIZOL ADVANCED MATERIALS,      )
INC.; and JOHNSON CONTROLS,       )
INC. d/b/a TYCO FIRE              )
PRODUCTS,                         )
                                  )
        Defendants.               )

## ORDER

IT IS HEREBY ORDERED that on or before July 29, 2026,

Defendant shall provide the Court with proof of service of

Defendant's motion to compel response to Westchester Surplus

Insurance Company Subpoena Duces Tecum. ECF No. 145.

Dated at Burlington, in the District of Vermont, this 29th

day of June 2026.


/s/ William K. Sessions III
William K. Sessions III
United States District Judge